```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 23, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-19451

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:10-BK-22651-RJH |
| Leslie Marie Spivey | Chapter 7 |
|         Debtor. | ORDER |
| Colonial National Mortgage, a division of Colonial Savings, F.A. | |
|         Movant, | (Related to Docket #6) |
| vs. | |
| Leslie Marie Spivey, Debtor, William E. Pierce, Trustee. | |
|         Respondents. | |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 9, 2007 and recorded in the office of the Mohave County Recorder wherein Colonial National Mortgage, a division of Colonial Savings, F.A. is the current beneficiary and Leslie Marie Spivey has an interest in, further described as:

> LOT EIGHT (8), BLOCK "X", FIRST AMENDED LAKE MOHAVE COUNTRY CLUB ESTATES UNIT 3, ACCORDING TO THE PLAT THEREOF, RECORDED FEBRUARY 18, 1963, AT FEE NO. 119203, IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.
>
> Correctly Described as Follows:
>
> Lot Eight (8), Block "X", FIRST AMENDED LAKE MOHAVE COUNTRY CLUB ESTATES UNIT 3, according to the
> plat thereof, recorded February 18, 1963 , at Fee No.119203 in the office of the County Recorder of Mohave County,
> Arizona;
>
> EXCEPT all oil, gas, coal, and minerals reserved in Deed from Santa Fe Facilities Railroad Company, a corporation,
> recorded in Book 60 of Deeds, Page 2, of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.